# EXHIBIT D

**EXHIBIT D:  U.S. PATENT NO. 11,307,048 INFRINGEMENT CLAIM CHART BASED ON ANDROID AUTO[1]**

| Claim 1 | Accused Vehicles Using Android Auto |
|---|---|
| **[1P]** An in-vehicle computer system, comprising: | The preamble is presumptively not limiting.  To the extent the preamble is limiting, the Accused Vehicles include an in-vehicle computer system as described below. |
| **[1.1]** an in-vehicle data receiver forming a part of a vehicle | <br><br>(*Under the Hood of Android Auto*, GOOGLE (2014), https://www.youtube.com/watch?v=KNKGM4ss5Sc) |

---

[1] The evidence of infringement identified in the below chart is exemplary and nonlimiting.  Nortrup reserves the right to rely on additional and/or alternative aspects of the Accused Vehicles during this litigation for the purpose of establishing infringement.

- **Android Auto** is a platform running on the user's phone, projecting the Android Auto user experience to a compatible in-vehicle infotainment system over a USB connection. Android Auto supports apps designed for in-vehicle use. For details, refer to developer.android.com/auto.

(*What is Android Automotive?*, ANDROID, https://source.android.com/docs/automotive/start/what_automotive)

## Android Auto on your car display (wireless)

**Step 1. Prepare your phone & car**                                          ⌄

**Step 2. Connect your phone**                                                ⌃

The first time you connect wirelessly, you will need to pair your phone and car via Bluetooth.

Important: For best results, keep your phone's Bluetooth, Wi-Fi, and Location Services turned on while you complete the setup. Make sure your car is in park (P) with the infotainment system on, and allow time to set up Android Auto before you start your drive.

1. On your phone, navigate to the **Bluetooth** menu (you can find it in your phone's **Settings** ⚙).
2. On your steering wheel, press and hold the voice command button to open the menu to pair a new phone. If the menu does not appear, check the instructions from your car manufacturer.
3. Follow the on-screen instructions to pair your phone with your car via Bluetooth. (Your phone might ask you to update Android Auto before you continue.) For more information, check your vehicle user manual or contact your vehicle manufacturer.

(*Set up Android Auto*, GOOGLE, https://support.google.com/androidauto/answer/6348029)

2

| | |
|---|---|
| **[1.2]** configured to receive a roadway map of an area proximate a current location of a first cell phone, as determined by the first cell phone, and a route from the current location to a destination based, at least in part, on an estimated roadway traffic condition, and | **Check if your car is compatible**<br><br>To use Android Auto on your car display, your car needs to be compatible with Android Auto or have an aftermarket unit installed. Android Auto won't work on all cars equipped with a USB port. See this list of manufacturers ⬈ to check if your car is compatible.<br><br>(*My Android Auto App Isn't Working*, GOOGLE, https://support.google.com/androidauto/answer/6348190)<br><br><br><br>(*Android Auto*, GOOGLE, https://developers.google.com/cars/design/android-auto)<br><br>"Now, using Android Auto is easy.  Users go to the Google Play Store and download apps onto their phone that support Android Auto.  They then connect their phone to the car.  The phone goes into car mode and casts the Android Auto experience to the car's screen.  Now, this means that although all the apps and services are actually running on the phone, they're displayed in the car's dash."<br><br>(*DevBytes: Introduction to Android Auto*, GOOGLE (2014), https://www.youtube.com/watch?v=ctiaVxgclsg) |

3

> ## Get turn-by-turn navigation
>
> Android Auto will give you voice-guided navigation, estimated arrival times, live traffic information, lane guidance and more with Google Maps or your favorite navigation app.

(*Get Turn-by-Turn Navigation*, GOOGLE, https://support.google.com/androidauto/answer/6348322)

> **When Location is on**
>
> - Apps with location permission can access your device's location to give you location-based info, services, or ads.  Learn how to manage location permissions for apps.

> To improve device location, Android devices with Google Play services have a Location Accuracy service that uses information from wireless signals, such as Wi-Fi access points, cellular network towers, and GPS, along with device sensor data, such as accelerometer and gyroscope, to allow your device to more quickly and accurately estimate device location, particularly in areas where GPS may be unavailable or obscured, such as indoors or near large buildings. Learn more about Google Play services.

(*Manage Your Android Device's Location Settings*, GOOGLE, https://support.google.com/accounts/answer/3467281)

4



REAL-TIME TRAFFIC

Choose the best route for your drivers
and allocate them based on real-time
traffic conditions. Plus, display real-time
traffic along a route.

(*Google Maps Platform[:] Create Efficient and Optimized Routes*, GOOGLE,
https://mapsplatform.google.com/maps-products/routes/)

# Use Waze on Android Auto

Android Auto brings Waze to your car display, so you can focus while you drive.

(*Use Waze on Android Auto*, GOOGLE,
https://support.google.com/androidauto/answer/7441088)



(*Waze[:] Get Real-Time Traffic Alerts from Fellow Drivers and Riders*, WAZE, https://www.waze.com/waze/)

## Driving with Google Maps

You can discover destinations using Google Maps on Android Auto.

**Categories** will help you find places close to you, such as gas stations, parking garages, or coffee shops. To view the category options on Android Auto, follow these steps:

1. Tap **Search** or use this icon ≡Q .
2. Tap **Categories**.
3. Select a category to see a list of results.
4. Select a result to start navigation.

(*Driving with Google Maps*, GOOGLE, https://support.google.com/androidauto/answer/6348166)

| | |
|---|---|
| **[1.3]** an in-vehicle computer display forming a part of the vehicle configured to display the roadway map and the route, | <br><br>(*The Evolution of Android Auto*, ANDROID (2024), https://youtu.be/hgbDQQQP6C0)<br><br>The Android Auto experience combines apps tailored for in-car use with a system UI that adapts to the screen configurations and input methods available in all compatible cars.<br><br>The Android Auto UI consists of a nav bar for accessing key actions, a main app content area, and a status bar that displays system information. |



1. Status bar
2. App content area
3. Nav bar

(*System UI*, GOOGLE, https://developers.google.com/cars/design/android-auto/product-experience/system-ui/overview)

| | |
|---|---|
| **[1.4]** wherein the estimated roadway traffic condition is estimated based, at least in part, on data representative of a location of each of a plurality of other cell phones determined to be moving vehicles based, at least in part, on each of the plurality of other cell phones' calculated proximity to a roadway or calculated speed. | By enabling Location Services, location-based system services such as these will also be enabled:<br><br>• Routing and Traffic: While you are in transit (for example, walking or driving), your iPhone will periodically send GPS data, travel speed and direction, and barometric pressure information in an anonymous and encrypted form to Apple, to be used for augmenting crowd-sourced road traffic, roadway, pedestrian walkway, and atmospheric correction databases. Additionally, when you open an app near a point of interest (for example, a business or park) your iPhone will send location data in an anonymous and encrypted form to Apple which Apple may aggregate and use to let users know if that point of interest is open and how busy it is.<br><br>**How does Google use location information?**<br><br>How Google uses location information varies, depending on the service or feature being used and people's device and account settings. Here are some key ways Google may use location information.<br><br>**To make experiences useful**<br><br>Google may use or save location information to provide people with useful services when they interact with Google products, such as providing locally relevant and faster search results, traffic predictions for people's daily commutes, and suggestions that take into account a person's context. For example, someone searching for movie times will likely want to see movies at theaters in their neighborhood, not in another city. In Google Maps, location information helps people find their place on a map and navigate to places they'd like to visit.<br><br>(*How Google Uses Location Information*, Google, https://policies.google.com/technologies/location-data) |

9

**Live traffic, powered by drivers all around the world**

When people navigate with Google Maps, aggregate location data can be used to understand traffic conditions on roads all over the world. But while this information helps you find *current* traffic estimates —whether or not a traffic jam will affect your drive *right now*—it doesn't account for what traffic will look like 10, 20, or even 50 minutes into your journey. This is where technology really comes into play.

**Predicting traffic with advanced machine learning techniques, and a little bit of history**

To predict what traffic will look like in the near future, Google Maps analyzes historical traffic patterns for roads over time. For example, one pattern may show that the 280 freeway in Northern California typically has vehicles traveling at a speed of 65mph between 6-7am, but only at 15-20mph in the late afternoon. We then combine this database of historical traffic patterns with live traffic conditions, using machine learning to generate predictions based on both sets of data.

(Johann Lau, *Google Maps 101: How AI Helps Predict Traffic and Determine Routes*, GOOGLE (2020), *available at* https://blog.google/products/maps/google-maps-101-how-ai-helps-predict-traffic-and-determine-routes/)



Snap to Roads                                    Send feedback

The Roads API takes up to 100 GPS points collected along a route, and returns a similar set of data, with the points snapped to the most likely roads the vehicle was traveling along. Optionally, you can request that the points be interpolated, resulting in a path that smoothly follows the geometry of the road.

(*Snap to Roads*, GOOGLE, https://developers.google.com/maps/documentation/roads/snap)

10

Waze traffic data consists of the following information:

1. **General information:** time-stamp of the file, geographic area from which the data was retrieved, etc.
2. **Traffic alerts:** traffic incidents reported by users.
3. **Traffic jams:** traffic slowdown information generated by the service based on a user's location and speed.
4. **Unusual Traffic (Irregularities):** alerts and traffic jams that affect an exceptionally large number of users.

Waze generates traffic jam information by processing the following data sources:

- GPS location-points sent from user phones (users who drive while using the app) and calculations of the current average speed vs. free-flow speed (maximum speed measured on the road-segment). For Unusual traffic (irregularities) Waze uses historic average speeds (on 30 minute time-slots).

Waze maps provide information about specific routes to assist motorists in avoiding traffic jams. Our maps and traffic are dynamically updated by a continually expanding network of drivers worldwide.

We provide information about traffic jams and events that affect road conditions, either from drivers using Waze, a.k.a. Wazers, or from external sources. Wazers may issue reports from the location at which they are currently located or, if no longer at the location, within 30 minutes after the event occurred. We are also able to provide automatic alerts for what we call Unusual Traffic (or Irregularities) - incidents that affect a large number of users and fall outside the normal traffic patterns for a given day and time.

11

Unusual traffic (Irregularities)  ⌃

These are traffic jams identified by the system as irregular by taking into account historical speed data.

(*Waze Data Feed Specifications*, WAZE, https://support.google.com/waze/partners/answer/13458165)

- **Location-based Service**. Some features of the Service make use of detailed location and route information, for example in the form of GPS signals and other information sent by your mobile device on which the Waze application is installed and activated. These features cannot be provided without utilizing this technology. Please note, as described in detail in the Privacy Policy:

  - Waze uses your location and route information to create a detailed route history of all of your journeys made when using the Service. Waze uses this history to offer the Service to you, to improve the quality of the Service it offers to you and to all of its users, to improve the accuracy of its mapping and navigation data, and more as described in detail in the Privacy Policy. This history is associated with your account and username (if you have chosen to set up a username). This history is retained by Waze for a limited period of time and in accordance with the Privacy Policy.

(*Terms of Use*, WAZE, https://support.google.com/waze/answer/12373727)

# Information that is being collected

**We want you to understand the types of information we collect as you use our services**

Waze collects information to provide better services to all its users - from figuring out stuff like what's the best route, to more complex things like monitoring traffic so you know when to leave, and showing you relevant ads while using Waze. The information Waze collects, and how that information is used, depends on how you choose to use our services and how you manage your privacy controls.

12

> - **Detailed location, travel and route information**. Location and route information is collected for example in the form of GPS signals (combined with a time-stamp), IP address and other information from sensors and receivers on or around your device, on which the Application is installed and/or activated. This location and route information is saved to a route history of all of the journeys you have made while using the Application. The types of location data we collect depends in part on your device and account settings. For example, depending on your selected device settings and/or your account settings we may collect information about your location and travel (or lack thereof) also while you are not using the app, in order to be able to tell you when to leave for planned or predicted drives, notify you about bad traffic in your area, provide you parking assistance, analyze how effective our ads are and more;

(*Waze Privacy Policy*, WAZE, https://support.google.com/waze/answer/12075406)

> While you navigate with Google Maps, Google collects data to help reflect the world in real time for everyone. Data, such as:
>
> - GPS location
> - Navigation details, such as the route you took
> - Sensor data from your devices, such as the barometer
>
> Google uses your data by itself or combined with others to make Maps better, such as:
>
> - Improving navigation
> - Suggesting faster alternate routes to save time
> - Showing real-time updates, such as traffic ⧉ , disruptions, and weather conditions
>
> Google starts collecting navigation data:
>
> - **For turn-by-turn navigation:** Shortly after you tap Start Λ .
> - **For glanceable directions:** Shortly after you begin moving along your route while Maps is open.

13

(*How Navigation Data Makes Maps Better for Everyone*, GOOGLE,
https://support.google.com/maps/answer/10565726)

> If you use Google Maps for mobile with GPS enabled on your phone, that's exactly what you can do. When you choose to enable Google Maps with My Location, your phone sends anonymous bits of data back to Google describing how fast you're moving. When we combine your speed with the speed of other phones on the road, across thousands of phones moving around a city at any given time, we can get a pretty good picture of live traffic conditions. We continuously combine this data and send it back to you for free in the Google Maps traffic layers. It takes almost zero effort on your part — just turn on Google Maps for mobile before starting your car — and the more people that participate, the better the resulting traffic reports get for everybody.

(*The Bright Side of Sitting in Traffic: Crowdsourcing Road Congestion Data*, GOOGLE (2009),
https://googleblog.blogspot.com/2009/08/bright-side-of-sitting-in-traffic.html)

14

**How does Waze work?** ⌃

By driving around with Waze open on your device, you share real-time information. Waze uses this information to calculate average speed, check for errors, improve road layout and learn road and turn direction. We understand that when you use our services, you're trusting us with your information. You can adjust your privacy settings at any time.

You can also help improve the map, by sending in reports to the community on traffic, accidents, police traps, blocked roads, weather conditions and much more. Waze analyzes this information to provide other Wazers with the most optimal route to their destination, 24 hours a day.

**Who is Waze designed for?** ⌃

Waze is powered and used by drivers all over the world. Drivers connect to one another and work together to improve each other's driving experience. As a community-based traffic and navigation app, Waze was created as a social navigation tool for private cars, motorcycles and taxis. Because of that, we don't currently support navigating in lanes dedicated to public transportation, bicycles or trucks.

(*About Waze*, WAZE, https://support.google.com/waze/answer/6071177)

## How Waze calculates ETA

Your ETA is based on the average speed that Wazers are driving on a specific route. It also accounts for traffic conditions and irregular events that occur, like accidents or other hazards.

(*How Waze Calculates ETA*, WAZE, https://support.google.com/waze/answer/10048723)

15